UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Kenneth Hopkins

    v.                                                       Civil No. 04-cv-030-SM

Warden, New Hampshire State Prison, et al.

**O R D E R**

By order dated March 13, 2006, the court ruled that it would treat the Second Amended Complaint filed in this case as a new complaint nunc pro tunc and directed the Clerk of Court to open a new case based on this Complaint. Thus, the Clerk of Court shall treat this new Complaint as filed on the date the Motion to Amend was filed, which was February 27, 2006, and the court waives the filing fee associated with the filing of a new complaint.

    SO ORDERED.

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: March 20, 2006

cc:   Michael J. Sheehan, Esq.
       Mary E. Schwarzer, Esq.